IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CPC Patent Technologies Pty. Ltd. and Charter Pacific Corporation Ltd.,** : : : **Plaintiffs,** : : **v.** : : **HID Global Corporation.** : : **Defendant.** : _____: | | Civil Action No. 6:22-CV-01170-ADA February 14, 2024 |

## JOINT STATUS REPORT REGARDING DKT. 31 ORDER STAYING CASE

Pursuant to the Court's Order Granting Joint Motion to Stay Pending Inter Partes Review (Feb. 22, 2023 Text Order Granting Dkt. 31), Plaintiffs CPC Patent Technologies Pty. Ltd. and Charter Pacific Corporation Ltd. ("CPC") and Defendant HID Global Corporation ("HID") submit this joint status report.

The Court ordered the Parties "to file a joint status report concerning their respective positions on whether the stay should be lifted immediately or extended pending completion of any appeal within 14 days of the last entered Final Written Decision." (Feb. 22, 2023 Text Order). The Patent Trial and Appeal Board has issued Final Written Decisions in each of the pending *inter partes* review proceedings as summarized below.

ASSA ABLOY AB, ASSA ABLOY Inc., ASSA ABLOY Residential Group, Inc., August Home, Inc., HID Global Corporation, and ASSA ABLOY Global Solutions, Inc. (collectively, "ASSA ABLOY") and Apple, Inc. separately filed petitions for IPR of all patents at issue: U.S. Patent Nos. 9,269,208 ("the '208 Patent"), 9,665,705 ("the '705 Patent"), and 8,620,039 ("the '039 Patent").

1

With respect to the '208 Patent, in the ASSA ABLOY IPRs the PTAB found that none of the challenged claims (which included all claims of the '208 Patent) are unpatentable based on the prior art submitted by ASSA ABLOY. ASSA ABLOY is seeking review (and if necessary, appeal) of the decisions on its '208 Patent IPRs. In the Apple IPR, the PTAB found that the challenged claims – *i.e.*, claims 1, 3-7, 9-11, 13 - are unpatentable based on the prior art submitted in the Apple IPR. (Dkt. 33-1). CPC has filed a notice of appeal in the Apple IPR.

With respect to the '705 Patent, in the ASSA ABLOY IPR the PTAB found that none of the challenged claims (which included all claims of the '705 Patent) are unpatentable based on the prior art submitted by ASSA ABLOY. ASSA ABLOY is seeking review (and if necessary, appeal) of the decision on its '705 Patent IPR. In the Apple IPR, the PTAB found that the challenged claims – *i.e.*, claims 1, 4, 6, 10-12, 14-17 - are unpatentable based on the prior art submitted in the Apple IPR. (Dkt. 33-2). CPC has filed a notice of appeal in the Apple IPR.

With respect to the '039 Patent, the PTAB has determined that all claims are unpatentable based on the IPRs filed by ASSA ABLOY and the IPR filed by Apple. The final written decisions in ASSA ABLOY's IPRs on the '039 Patent issued on January 30, 2024 and are attached as Exhibits A and B.[1] The final written decision in the Apple IPR is attached as Exhibit C. CPC has filed a notice of appeal in the Apple IPR and anticipates filing a notice of appeal in the ASSA ABLOY IPRs.

---

[1] The Final Written Decision for the ASSA ABLOY '705 Patent IPR was submitted to the Court on December 3, 2023 (Dkt. 34), and the Final Written Decision with respect to the ASSA ABLOY '208 IPR was submitted on January 4, 2024 (Dkt. 35).

The outcomes of each IPR and the status of any appeals are summarized in the table below:

| Asserted Patent | IPR Case No | Challenged Claims | Outcome | Status |
|---|---|---|---|---|
| US 9,269,208 | IPR2022-00601 (Apple) | 1, 3-7, 9-11, 13 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| US 9,269,208 | IPR2022-01045 (ASSA ABLOY) | 1-9 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| US 9,269,208 | IPR2022-01089 (ASSA ABLOY) | 10-13 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| US 9,665,705 | IPR2022-00602 (Apple) | 1, 4, 6, 10-12, 14-17 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| US 9,665,705 | IPR2022-01006 (ASSA ABLOY) | 1-17 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| US 8,620,039 | IPR2022-00600 (Apple) | 1, 2, 19 and 20 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| US 8,620,039 | IPR2022-01093 (ASSA ABLOY) | 1, 2, 13, 14, 19, 20 | All Challenged Claims Unpatentable | Anticipated Appeal |
| US 8,620,039 | IPR2022-01094 (ASSA ABLOY) | 3-12, 15-18 | All Challenged Claims Unpatentable | Anticipated Appeal |

The parties respectfully submit that this case should remain stayed in its entirety pending the issuance of any Federal Circuit Court of Appeals decisions, or the expiration of any right of appeal to the Federal Circuit, with respect to each of the above-referenced ASSA ABLOY and Apple IPRs. The Parties further request that the Court enter an Order directing the Parties to submit a Status Report within fourteen (14) days of issuance of the Federal Circuit decision resolving the last of the ASSA ABLOY and Apple IPRs and/or within fourteen (14) days of the expiration of all rights to appeal, whichever is later, and that the Status Report include a description

of the outcome of the appeals along with the Parties' respective positions as to next steps in the litigation.

| | |
|---|---|
| Date: February 14, 2024 | Respectfully submitted, |
| /s/ *Steven M. Coyle* | /s/ *Andrew V. Devkar* |
| Steven M. Coyle (ct21039)<br>Andrew C. Ryan (ct21565)<br>Nicholas A. Geiger (ct28060)<br>CANTOR COLBURN LLP<br>20 Church Street, 22nd Floor<br>Hartford, CT 06103<br>Tel: (860) 286-2929<br>Fax: (860) 286-0115<br>scoyle@cantorcolburn.com<br>aryan@cantorcolburn.com<br>ngeiger@cantorcolburn.com | Natalie A. Bennett (Admitted *pro hac vice*)<br>natalie.bennett@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>Andrew V. Devkar (Admitted *pro hac vice*)<br>andrew.devkar@morganlewis.com<br>California Bar No. 228809<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 907-1000<br>Facsimile: (310) 907-1001 |
| Mark D. Siegmund<br>Texas Bar No. 24117055<br>STECKLER WAYNE COCHRAN CHERRY, PLLC<br>8416 Old McGregor Rd.<br>Waco, Texas 76712<br>Tel: (254) 651-3690<br>Fax: (254) 651-3689<br>mark@swclaw.com | Elizabeth M. Chiaviello<br>elizabeth.chiaviello@morganlewis.com<br>Texas Bar No. 24088913<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1717 Main Street, Suite 3200<br>Dallas, TX 75214<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001 |
| *Attorneys for Plaintiffs*<br>*CPC Patent Technologies Pty. Ltd., and*<br>*Charter Pacific Corporation Ltd.* | *Attorneys for HID Global Corporation* |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 14, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will serve all counsel of record who have appeared in this case per Local Rule 5(c).

*/s/ Steven M. Coyle*
Steven M. Coyle
